THEODORE E. TACK, Appellant, *v.* THOMAS F. FITZSIM-
MONS et al., Respondents, Impleaded with Another.

*Tack* v. *Fitzsimmons*, 148 App. Div. 916, affirmed.
(Argued December 15, 1913; decided December 30, 1913.)

APPEAL from a final judgment entered March 8, 1912,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, which affirmed an
interlocutory judgment of Special Term sustaining demur-
rers to the complaint in an action to enjoin the defend-
ants from assigning or transferring certain patents.

*Delos McCurdy* for appellant.

*C. Monteith Gilpin* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT,
HISCOCK, CHASE, COLLIN and CUDDEBACK, JJ.   Not
voting: WILLARD BARTLETT, J.

---

HARRY SEWELL, Respondent, *v.* STEPHEN H. P. PELL
et al., Appellants.

*Sewell* v. *Pell*, 148 App. Div. 914, affirmed.
(Argued December 16, 1913; decided December 30, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered January 25, 1912, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
money paid by plaintiff's assignor to defendants and used
by them in a stock transaction for said assignor's account
and the profits arising therefrom.

*J. Edward Murphy* and *Charles Pope Caldwell* for
appellants.

*Henry Thompson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BART-
LETT, HISCOCK, CHASE, COLLIN and CUDDEBACK, JJ.